**Order entered November 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00768-CR

### GORDON ALAN KIRK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-41871-M**

## ORDER

Before the Court is the November 4, 2019 motion to substitute counsel. We **GRANT** the motion.

The Clerk of the Court is **DIRECTED** to **REMOVE** Michael Mowla and **SUBSTITUTE** John Tatum and Paul Johnson as counsel for appellant. All future correspondence should be sent to John Tatum, Walnut Glen Tower, 8144 Walnut Hill Lane, Suite 1190, Dallas, TX 75281.

.

/s/     BILL PEDERSEN, III
JUSTICE